990117055    11/25/2021

# TIS/MADRID ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.1  

MADRID ID: MD239804

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ATP Institute Pty Ltd | 11/05/2021 |

### RECEIVING PARTY DATA

| Name: | Caesar Bacarella |
|---|---|
| Address: | 7262 Stonegate Boulevard |
| | Parkland FL 33076 |
| Country: | US |
| Entity Type: | |
| Entity Country: | US |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Serial Number: | 79215615 |

### CORRESPONDENCE DATA

| Correspondent Name: | Caesar Bacarella |
|---|---|
| Address: | 7262 Stonegate Boulevard |
| | Parkland FL 33076 |
| Country: | US |


EXHIBIT C

990117055

TRADEMARK  
REEL: 007623 FRAME: 0473

**THIS PAGE INTENTIONALLY LEFT BLANK**

RECORDED: 11/25/2021

TRADEMARK
REEL: 007623 FRAME: 0474