**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:24-CV-61376**

CAESAR BACARELLA,

     Plaintiff,

v.

PRIME HYDRATION, LLC.,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, CAESAR BACARELLA, by and through undersigned counsel, and in accordance with the applicable Florida Rules of Civil Procedure, hereby notifies this Court that the Plaintiff, CAESAR BACARELLA, and Defendant, PRIME HYDRATION, LLC, have reached a settlement in the above-captioned case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st of April, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Plaintiff*
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone 561-612-3463
Facsimile 561-683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail:
christopher.witters@csklegal.com

By: /s/ *Justin Levine*

CASE NO.: 0:24-CV-61376

JUSTIN B. LEVINE
Florida Bar No.: 106463